479 A.2d 1149

Commonwealth v. Vanderpool, Appellant.

Submitted March 19, 1984. Lee Mandell, for appellant; Peter J. Hart, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

We affirmed the denial of PCHA relief.